**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| HMI ENTERPRISES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 14-cv-00257-SCJ |
| ) | |
| ALTERRA EXCESS & SURPLUS ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, WITH PREJUDICE, against the defendant, ALTERRA EXCESS & SURPLUS INSURANCE COMPANY, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Settlement Agreement and Release of Claims fully executed by the parties as of May 5, 2015.

| | |
|---|---|
| /s/ Scott Hunziker | /s/ Jeremy S. Macklin |
| Scott Hunziker | Jeremy Macklin |
| The Voss Law Firm, P.C. | Traub Lieberman Straus & Shrewsberry LLP |
| 26619 Interstate 45 South | 303 W. Madison St., Suite 1200 |
| The Woodlands, TX 77380 | Chicago, IL 60606 |
| (281) 842-8679 (t) | (312) 332-3900 (t) |
| (713) 861-0021 (f) | (312) 332-3908 (f) |
| *Plaintiff's Counsel* | *Counsel for Defendant* |
| Dated: May 19, 2015 | Dated: May 19, 2015 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused to be served the foregoing STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel on record.

/s/ Jeremy S. Macklin

One of the Attorneys for LANDMARK AMERICAN INSURANCE COMPANY

Mark F. Wolfe
*Pro Hac Vice*
Jeremy S. Macklin
*Pro Hac Vice*
Traub Lieberman Straus & Shrewsberry
303 W. Madison Street, Suite 1200
Chicago, IL 60606
(312) 332-3900 (p)
(312) 332-3908 (f)